IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JON T. DEWITT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | Civil Action Number |
| W. A. KENDALL & CO., INC., | ) | **2:12-cv-871-AKK** |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

The parties' joint motion for extension of time is **GRANTED in part**. Doc. 12. The court extends the Defendant's Expert Witness Report Disclosure Deadline to February 19, 2013 and the deadline to supplement discovery to March 19, 2013. All other deadlines remain the same, for now, with the understanding that the court will revisit them if the parties settlement discussions extend past the January mediation date.

**DONE** the 28th day of December, 2012.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE