# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JON T. DEWITT,** | ) |
| Plaintiff, | ) |
| **vs.** | ) |
| | ) Civil Action Number |
| **W. A. KENDALL & CO., INC.,** | ) **2:12-cv-871-AKK** |
| Defendant. | ) |

## ORDER

The court having been informed that this case has been amicably settled, it is **ORDERED** that this case be and hereby is **DISMISSED with prejudice**. Costs taxed as paid.

**DONE** the 15th day of March, 2013.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE